0 AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

**Northern** DISTRICT OF **New York**

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 15 1996
GEORGE A. RAY, Clerk
UTICA

UNITED STATES OF AMERICA

V.

## CRIMINAL COMPLAINT

Name: Melvin Augustine MORRELL A# 074 508 623
Address: 4620 DeCarie #5
Montreal, PQCA H3X 2H5
Birthdate: Nov. 02, 1966 / Jamaica
(Name and Address of Defendant)

CASE NUMBER: 96-MG-178

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 13, 1996** in **Clinton** county, in the **Northern** District of **New York** defendant(s) did, (Track Statutory Language of Offense)

Melvin Augustine MORRELL, being an alien born in Jamaica, landed immigrant in Canada, attempted to enter the United States by willful false representation of a material fact to a United States Immigration Inspector at Champlain Port of Entry, Champlain, New York on April 13, 1996, to wit; he denied the fact that he had been convicted of crimes which makes him excludable from entry into the United States, this being.

In violation of Title **8** United States Code, Section(s) **1325(a)(3)**.

I further state that I am a **Sr. Immigration Inspector** and that this complaint is based on the following

facts:

SUBJECT is a native and citizen of Jamaica, landed immigrant in Canada.

On April 13, 1996, SUBJECT applied for admission to enter the United States at the Champlain Port of Entry, Champlain, New York. SUBJECT was traveling by Greyhound bus, destined for New York City.

During primary and secondary inspection, SUBJECT denied a criminal record. Computer queries revealed that SUBJECT is an excludable alien because of his criminal record in Canada. SUBJECT has a criminal record for possession of narcotics, trafficking of narcotics and theft. In addition, SUBJECT was refused entry into the United States at the Champlain Port of Entry, Champlain, New York on March 25, 1994 because of his criminal record and advised of his inadmissibility.

SUBJECT was confronted and admitted that he was aware of his excludability and intentionally lied about his criminal record in an attempt to gain entry into the United States by fraud.

Continued on the attached sheet and made a part hereof:  [ ] Yes   [x] No

_Christine Racine_
Signature of Complainant

Sworn to before me and subscribed in my presence.

**April 15, 1996**                                             at **Rouses Point, New York**
Date                                                                          City and State

**Henry Van Acker, Jr., U.S. Magistrate Judge**        _Henry Van Acker_
Name & Title of Judicial Officer                                  Signature of Judicial Officer